# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HERMAN WEISSKER, INC., a California corporation, <br><br> Defendant. | Case No. CV 17-4218-GW(AFMx) <br><br> Assigned to the Honorable <br> George H. Wu <br><br> **ORDER DISMISSING ACTION, WITHOUT PREJUDICE** <br><br> Fed. R. Civ. Proc. 41(a) |

Pursuant to the "Stipulation for Dismissal, Without Prejudice" between Plaintiffs Trustees of the Operating Engineers Pension Trust and Defendant Herman Weissker, Inc., and for good cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is dismissed without prejudice.

Dated: October 10, 2017

_____
GEORGE H. WU, U.S. District Judge